tion of items with identical structure, but altered states. For example, an otherwise infringing retractable pen could be imported with the tip retracted. According to the court's reasoning, the pen would not function as described in the claims when the tip is retracted and would, therefore, not infringe.

Therefore, and because the district court's claim construction correctly captures the structure provided in the specification, I dissent.

Before LOURIE, RADER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Ronald W. BANGHART, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3419.

United States Court of Appeals, Federal Circuit.

June 9, 2005.

**K & K JUMP START/CHARGERS, INC. and Bonnet Enterprises, LLC, Plaintiffs–Appellees,**

v.

**SCHUMACHER ELECTRIC CORP., Defendant–Appellant.**

No. 05–1093.

United States Court of Appeals, Federal Circuit.

June 9, 2005.